UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7538

JERRY LEWIS FORD,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; RICHARD
L. HUFF; WILLIAM E. PERRY; CHRIS SWECKER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-00-334-3-02-MU)

Submitted: January 30, 2003        Decided: February 5, 2003

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lewis Ford, Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lewis Ford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ford v. United States Dep't of Justice, No. CA-00-334-3-02-MU (W.D.N.C. filed Sept. 19, 2002; entered Sept. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2